# EX PARTE CLODOMIRO COTA.

ON CERTIFICATE OF DIVISION OF OPINION FROM THE DISTRICT OF CALIFORNIA.

Submitted January 22d, 1884.—Decided February 4th, 1884.

*Division of Opinion—Jurisdiction.*

This court cannot take jurisdiction of a certificate of division in opinion in proceedings under writ of habeas corpus, until entry of final judgment, *Ex parte Tom Tong*, 108 U. S. 556—approved and followed.

*Mr. Assistant Attorney-General Maury* for the United States.

No counsel appeared for Clodomiro Cota.

Mr. CHIEF JUSTICE WAITE delivered the opinion of the court.

It was decided at the last term in *Ex parte Tom Tong*, 108 U. S. 556, that this court could not take jurisdiction of a certificate of division in opinion between the judges of a Circuit Court

in proceedings under a writ of habeas corpus until final judgment had been rendered in accordance with the opinion of the presiding justice or judge. This is such a case, and it is consequently remanded to the Circuit Court for further proceedings according to law.